UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VISTAR CORPORATION, D/B/A PERFORMANCE FOOD GROUP MAGEE | CIVIL ACTION NO. 3:08-CV-412 |
| | JUDGE JAMES J. BRADY |
| VERSUS | MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |
| FUNDAMENTAL PROVISIONS, L.L.C., F/K/A FUNDAMENTAL PROVISIONS, INC. | |

## CONSENT JUDGMENT

CONSIDERING the complaint filed on July 8, 2008, service made upon defendant on or about September 10, 2008 and the mutual desire of the parties to avoid additional litigation costs:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be rendered in favor of plaintiff Vistar Corporation, D/B/A Performance Food Group Magee and against Fundamental Provisions, LLC, f/k/a Fundamental Provisions, Inc. in the principal amount of $450,404.20, together with legal interest from the date of the filing of the complaint through September 30, 2008 in the amount of $8,810.62, future interest at the legal rate, as determined by the Louisiana Commissioner of Financial Institutions, until paid, attorneys' fees authorized by LSA-R.S. 9:2781 in the stipulated amount of $5,000.00 and all costs of this proceeding.

**JUDGMENT RENDERED THIS** 14th day of October, 2008 in Baton Rouge, Louisiana.

_____
THE HON. JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

*Respectfully submitted:*

TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.

_____
Michael A. Crawford (La. Bar #22315)
8th Floor, Bank One Centre
451 Florida Street
Baton Rouge, LA 70801
Telephone: 225/387-3221
Fax: 225-346-8049
*Counsel for Vistar Corporation, D/B/A Performance Food Group Magee*

and

PERCY, STROMBERG, BUSH & LANOUX

_____
Robert Ryland Percy, III (La. Bar #10418)
712 N. Burnside Ave.
P.O. Box 1096
Gonzales, LA 70707-1096
Phone: (225) 621-8522
Fax: (225) 647-6959
*Counsel for Fundamental Provisions, L.L.C., f/k/a Fundamental Provisions, Inc.*